UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

F I L E D
NOV 0 7 2006

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

---

SECURITIES AND EXCHANGE COMMISSION,

                                  Plaintiff,

                v.

DELPHI CORPORATION, et al.,

                                  Defendants.

**Case: 2:06-cv-14891**
**Assigned To: Cohn, Avern**
**Referral Judge: Pepe, Steven D**

---

## FINAL JUDGMENT AS TO DEFENDANT STUART DOYLE

The Securities and Exchange Commission having filed a Complaint and Defendant Stuart

Doyle having entered a general appearance; consented to the Court's jurisdiction over Defendant

and the subject matter of this action; consented to entry of this Final Judgment without admitting

or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact

and conclusions of law; and waived any right to appeal from this Final Judgment:

### I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall pay a

civil penalty in the amount of $40,000 pursuant to Section 21(d)(3) of the Securities Exchange

Act of 1934. Defendant shall make this payment within ten (10) business days after entry of this

Final Judgment by certified check, bank cashier's check, or United States postal money order

payable to the Securities and Exchange Commission. The payment shall be delivered or mailed

to the Office of Financial Management, Securities and Exchange Commission, Operations

Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be

Dockets.Justia.com

accompanied by a letter identifying Stuart Doyle as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant shall simultaneously transmit photocopies of such payment and letter to the Commission's counsel in this action. By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds, and no part of the funds shall be returned to Defendant. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

## II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

## III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

## IV.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil

Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: **NOV 0 7 2006** , _____

_____

UNITED STATES DISTRICT JUDGE

3