UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,        CIVIL ACTION NO. 06-14891

    Plaintiff,        DISTRICT JUDGE AVERN COHN

v.

J.T. BATTENBERG, et al,

    Defendants.
                               /

## ORDER SETTING PRETRIAL AND SCHEDULING CONFERENCE

The Court will hold a Fed. R. Civ. P. 16 pretrial and scheduling conference on **Friday, October 10, 2008 at 10:00 a.m.** Prior to the conference the parties shall confer as required by Fed. R. Civ. P. 26 (f) and file a report as required by the rule.

It appears that separate reports should be filed relating to the defendants as follows:

    (a)    J.T. Battenberg, III

    (b)    Scot McDonald

    (c)    Paul Free, John Blahnik, Milan Belans, Catherine Rozanski and Judith Kudla

Any objections to this order shall be filed within 5 days.

SO ORDERED.

Dated: September 3, 2008        s/Avern Cohn
                                    AVERN COHN
                                    UNITED STATES DISTRICT JUDGE

**06-14891 SEC v. J.T. Battenberg, et al**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record and on this date, September 3, 2008, by electronic and/or ordinary mail.

                                      s/Julie Owens
                                      Case Manager, (313) 234-5160