UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

v.                                    Case No. 06-14891

                                    HONORABLE AVERN COHN

J.T. BATTENBERG, III, PAUL FREE,
MILAN BELANS, and
CATHERINE ROZANSKI,

    Defendants.

_____/

## ORDER

This is a securities fraud case. On October 18, 2010, the Court held a hearing to resolve various pre-trial matters. Particularly, the Court addressed the following:

    Proffers of J.T. Battenberg (Doc. 238) and Milan Belans (Doc. 240) Concerning GM/Delphi Mediation Evidence

    Defendants' Joint Request that the Court Instruct the Jury as the Limited Admissibility of Settlement Evidence under Federal Rule of Evidence 408 (Doc. 241)

    The SEC's Motion in Limine to Exclude Irrelevant and Confusing Evidence About the Delphi-General Motors Pension and OPEB True-Up Process (Doc. 244)

    Milan Belans' Motion in Limine to Exclude Evidence of the March 2001 and December 2001 BBK Transactions (Doc. 249)

    The motions were disposed of as indicated on the record.

    SO ORDERED.

Dated: October 21, 2010                  S/Avern Cohn
                                              AVERN COHN
                                              UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 21, 2010, by electronic and/or ordinary mail.

 S/Julie Owens
Case Manager, (313) 234-5160