UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

v.                                                Case No. 06-14891

                                                      HONORABLE AVERN COHN

J.T. BATTENBERG, III, and PAUL FREE,

    Defendants.

_____/

**PARTIAL JUDGMENT - LIABILITY ONLY - AS TO J.T. BATTENBERG, III
AND PAUL FREE**

**I.**

This is a securities fraud case. Following twenty-nine days of trial, on January 13, 2011, a jury returned a verdict in favor of the SEC and against defendants J.T. Battenberg, III and Paul Free for violating various securities law and rules. Accordingly, a partial judgment on liability is entered in favor of the SEC and against defendants consistent with the jury's findings, as follows:

**II.**

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that as to J.T. Battenberg, III:

**GM Settlement Transaction**

He violated Section 13(b)(5) of the Securities Exchange Act of 1934 and Rules 13b2-1 and 13b2-2 promulgated under the Securities and Exchange Act of 1934.

### III.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that as to Paul Free:

### GM Settlement Transaction

He violated Section 13(b)(5) of the Securities Exchange Act of 1934 and Rules 13b2-1 and 13b2-2 promulgated under the Securities and Exchange Act of 1934.

### Bank One - Precious Metals (PGM) Transaction

He violated Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5, Section 17(a)(2) of the Securities Act of 1933, Section 20(e) of the Securities Exchange Act of 1934 by aiding and abetting a violation by Delphi Corporation of Section 13(a) of the Securities Exchange Act of 1934 and Rules 13a-1, 13a-13 and 12b-20, Section 20(e) of the Securities Exchange Act of 1934 by aiding and abetting a violation by Delphi Corporation of Section 13(b)(2)(A) of the Securities Exchange Act of 1934, Section 20(e) of the Securities Exchange Act of 1934 by aiding and abetting a violation by Delphi Corporation of Section 13(b)(2)(B) of the Securities Exchange Act of 1934, Section 13(b)(5) of the Securities Exchange Act of 1934, and Rules 13b2-1 and 13b2-2 promulgated under the Securities Exchange Act of 1934.

### BBK - Cores and Batteries Transaction

He violated Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5, Section 17(a)(2) of the Securities Act of 1933, Section 20(e) of the Securities Exchange Act of 1934 by aiding and abetting a violation by Delphi Corporation of Section 13(a) of the Securities Exchange Act of 1934 and Rules 13a-1, 13a-13 and 12b-20, Section 20(e) of the Securities Exchange Act of 1934 by aiding and abetting a

violation by Delphi Corporation of Section 13(b)(2)(A) of the Securities Exchange Act of 1934, Section 20(e) of the Securities Exchange Act of 1934 by aiding and abetting a violation by Delphi Corporation of Section 13(b)(2)(B) of the Securities Exchange Act of 1934, Section 13(b)(5) of the Securities Exchange Act of 1934, and Rules 13b2-1 and 13b2-2 promulgated under the Securities Exchange Act of 1934.

### EDS - $ 20 Million Transaction

He violated Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5, Section 17(a)(2) of the Securities Act of 1933, Section 20(e) of the Securities Exchange Act of 1934 by aiding and abetting a violation by Delphi Corporation of Section 13(a) of the Securities Exchange Act of 1934 and Rules 13a-1, 13a-13 and 12b-20, Section 20(e) of the Securities Exchange Act of 1934 by aiding and abetting a violation by Delphi Corporation of Section 13(b)(2)(A) of the Securities Exchange Act of 1934, Section 20(e) of the Securities Exchange Act of 1934 by aiding and abetting a violation by Delphi Corporation of Section 13(b)(2)(B) of the Securities Exchange Act of 1934, Section 13(b)(5) of the Securities Exchange Act of 1934, and Rules 13b2-1 and 13b2-2 promulgated under the Securities Exchange Act of 1934.

### IV.

A final judgment will enter upon conclusion of the remedies phase of the case.


Dated: March 8, 2011              S/Avern Cohn
                                  AVERN COHN
                                  UNITED STATES DISTRICT JUDGE

**06-14891 SEC v. Battenberg, Free
Partial Judgment - Liability Only**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 8, 2011, by electronic and/or ordinary mail.

    S/Julie Owens
Case Manager, (313) 234-5160