UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U.S. SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

                            Case No. 06-14891
-vs-                           Hon: AVERN COHN

J.T. BATTENBERG, III and
PAUL FREE,

    Defendants.
_____/

## AMENDMENT TO PARTIAL JUDGMENT
## ENTERED MARCH 08, 2011 (DOC. 333)

The Partial Judgment - Liability Only - As to J.T. Battenberg, III And Paul Free (Doc. 333), entered March 08, 2011, is amended as to defendant, Paul Free, only as follows:

The United States Securities And Exchange Commission, plaintiff, having withdrawn its claim that Paul Free, defendant, violated Section 17(a)(2) of the Securities Act of 1933, it is

HEREBY ORDERED, ADJUDGED AND DECREED that, as to defendant, Paul Free:

### Bank One - Precious Metals (PGM) Transaction

He did not violate Section 17(a)(2) of the Securities Act of 1933.

### BBK - Cores and Batteries Transaction

He did not violate Section 17(a)(2) of the Securities Act of 1933.

**EDS - $20 Million Dollar Transaction**

He did not violate Section 17(a)(2) of the Securities Act of 1933.


       S/Avern Cohn  
       AVERN COHN  
       UNITED STATES DISTRICT JUDGE

Dated:  October 12, 2011

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 12, 2011, by electronic and/or ordinary mail.

       S/Julie Owens  
       Case Manager, (313) 234-5160